**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6720**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH ANDRE BOONE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda Wright Allen, District Judge. (2:99-cr-00116-AWA-10)

Submitted: June 26, 2013               Decided: July 9, 2013

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Andre Boone, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Andre Boone appeals the district court's order denying his Fed. R. Crim. P. 36 motion.[*] We have reviewed the record and find no reversible error in the district court's denial of the motion. Accordingly, we affirm the denial for the reasons stated by the district court. See United States v. Boone, No. 2:99-cr-00116-AWA-10 (E.D. Va. Apr. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Boone does not seek to appeal the district court's denial of his motions seeking relief under 28 U.S.C.A. § 2255 (West Supp. 2013).